■ TAFT PARTNERS DEVELOPMENT GROUP et al., Appellants, et al., Plaintiff, v SHOLOM DRIZIN, Respondent. [728 NYS2d 363] —Order, Supreme Court, New York County (Herman Cahn, J.), entered May 24, 2000, which, *inter alia*, denied plaintiffs' motion to renew their previously denied motion for summary judgment, unanimously affirmed, without costs.

Plaintiffs' motion for renewal was premised upon a Department of Taxation and Finance conciliation order, which plaintiffs contend is dispositive of whether defendant, as opposed to the Department of Taxation and Finance, owes plaintiff partnership some $529,873. However, because the conciliation order had been timely appealed by the partnership, it was non-binding (Tax Law § 170 [3-a] [e]) and, accordingly, not dispositive of whether defendant is in fact liable for the amount claimed. Thus, since the non-binding conciliation order did not constitute new matter "that would change the prior determination," renewal premised thereon was properly denied (CPLR 2221 [e] [2]). Concur—Sullivan, P. J., Rosenberger, Tom, Andrias and Marlow, JJ.